Deceased, Appellant, v. William Laughlin and Ida Laughlin, Respondents.— Judgment unanimously affirmed, with costs.

Thomas Snyder, Respondent, v. Charles P. Dickinson, Appellant.— Judgment and order unanimously affirmed, with costs. Cochrane, J., not sitting.

Norman W. Uline, Respondent, v. Linwood T. Hicks, Appellant. — Judgment and order unanimously affirmed, with costs.

William Waters, Respondent, v. Harry Saunders, Appellant.— Judgment and order unanimously affirmed, with costs.

Samuel M. Watts, Appellant, v. Frank C. Herrick and Others, Respondents. — Judgment and order unanimously affirmed, with costs.

Anna R. Webb, Respondent, v. William Hirsch, Appellant.— Judgment and order unanimously affirmed, with costs.

Soter Yan, an Infant, by Thomas George, His Guardian ad Litem, Respondent, v. Rathbone, Sard & Company, Appellant.— Judgment and order unanimously affirmed, with costs.

Ordered that the Rules be amended as follows:

Rule 1. Appeals from orders shall be put upon the non-enumerated calendar. Appeals in compensation cases shall be put upon the compensation appeals calendar immediately following the non-enumerated calendar. The argument of both such classes of cases will be heard only upon the first day of a term and the days immediately following, until they shall all be disposed of, before the general calendar shall be taken up. But submission of such appeals will be received on any day during the term.

Appeals from orders and compensation appeals which are not upon the calendar when printed, may, after papers have been filed and served in compliance with General Rule No. 41, be added thereto upon filing a note of issue with the clerk five days before argument, and be noticed for argument for any Tuesday of the term upon the usual notice of eight days.

The argument of a case on the general calendar will not be required in any case before Wednesday of the first week.

Rule 2. Original motions in this court may be noticed for the first day of a term, or for the Tuesday of any subsequent week of the term.

Beaverkill Stream Club, Respondent, v. Elizabeth C. Lemmi (Formerly Leighton), Doing Business under the Registered Trade Name of The Arthur Leighton Company, Appellant.— Motion denied.

Ellis T. Curtis, Respondent, v. The Argus Company, Appellant.—Motion denied.

George H. Chapman, Respondent, v. Niagara Silk Mills, Appellant.— On the record and the stipulation filed order unanimously affirmed, with ten dollars costs and disbursements, without prejudice to the right of the presiding judge at the trial to order a reference if in his judgment it should be done.

Jacob Crannell, Appellant, v. Stephen Rockwell and George Rockwell, Respondents.— Judgment unanimously affirmed, with costs.

Climax Road Machine Company, Respondent, v. Ford Allen, Appellant. — Judgment and order unanimously affirmed, with costs.